**ORIGINAL**

RECEIVED
FEB 05 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
2  KEVIN LOVE HUBBARD (CA SBN 290759)
   KHubbard@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  KERRYANN HAASE MINTON (*Pro Hac Vice Pending*)
   khminton@michaelbest.com
7  SARAH E. FLOTTE (*Pro Hac Vice Pending*)
   seflotte@michaelbest.com
8  MICHAEL BEST & FRIEDRICH LLP
   Two Prudential Plaza
9  180 N. Stetson Ave., Suite 2000
   Chicago, IL 60601
10 Telephone: 312.222.0800
   Facsimile: 312.222.0818
11
   Attorneys for Subpoenaing Party
12 MASON AWTRY

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 MASON AWTRY,                        Case No. CV 16 80 028 MISC JCS

18            Subpoenaing Party,       (Case No. 14-cv-09206 Pending in
                                        Northern District of Illinois)
19       v.
                                       **[PROPOSED] ORDER GRANTING**
20 GLASSDOOR, INC.,                    **SUBPOENAING PARTY MASON**
                                       **AWTRY'S MOTION TO**
21            Subpoenaed Party.        **ENFORCE COMPLIANCE WITH**
                                       **THIRD PARTY SUBPOENA**
22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE COMPLIANCE WITH THIRD PARTY SUBPOENA
CASE NO.

1   On February 5, 2016, Subpoenaing Party Mason Awtry moved for an order enforcing the
2  subpoena issued to Subpoenaed Party Glassdoor, Inc., in the underlying litigation pending in the
3  United States District Court for the Northern District of Illinois, Case No. 14-cv-09206. ;

4   Having considered the motion and the entirety of the record, and finding good cause
5  shown, it is hereby **ORDERED** that Subpoenaing Party Mason Awtry's Motion to Enforce
6  Compliance with Third Party Subpoena is granted. Subpoenaed Party Glassdoor, Inc., shall
7  respond to the subpoena and provide the information requested therein by
8  _____.

9   **IT IS SO ORDERED.**

11  Dated: _____, 2016           _____
                                                                    HONORABLE