UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AWTRY,<br><br>    Plaintiff,<br><br>    v.<br><br>GLASSDOOR, INC.,<br><br>    Defendant. | Case No. 16-mc-80028-JCS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND SETTING HEARING DATE**<br><br>Re: Dkt. No. 1 |

IT IS HEREBY ORDERED THAT subpoenad Party Glassdoor, Inc., shall file a response to the Motion to Enforce Compliance with Third Party Subpoena (the "Motion") no later than **February 22, 2016**. Subpoening Party Mason Awtry may file a reply brief by **February 29, 2016**. The Subpoenaing Party shall serve a copy of this Order on Glassdoor, Inc., along with a copy of the Motion. The Motion is set for hearing on **March 18, 2016, at 2:00 P.M.,** before Chief Magistrate Judge Joseph C. Spero, 450 Golden Gate Avenue, 15th Floor, Courtroom G, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: February 9, 2016

JOSEPH C. SPERO
Chief Magistrate Judge